Anton JOHNSON, Plaintiff–Appellant,

v.

Amy PHENIX, Defendant–Appellee.

No. 14–7612.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 19, 2015.

Anton Johnson, Appellant Pro Se. Eric Patrick Edgerton, Francis Lachicotte Zemp, Jr., Roberts & Stevens, PA, Asheville, North Carolina, for Appellee.

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anton Johnson appeals the district court's order dismissing his civil action for failure to state a claim. *See* Fed.R.Civ.P. 12(b)(6). We have reviewed the record

and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Phenix*, No. 5:13–ct–03312–BO (E.D.N.C. Oct. 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*